COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:  01-19-00709-CV

Style:  Steele Strum, PLLC and Howard L. Steele, Jr. v. Cadence Bank, N.A.

Trial Court Case Number:  2014-09656

Trial Court:  334th District Court of Harris County

Type of Motion:  Objection to Mediation

Party Filing Motion:  Appellee

Appellee has objected to mediation. The Court's mediation order dated October 29, 2019 is withdrawn.


Judge's signature: /s/ Sherry Radack
                     Acting individually

Date:  November 4, 2019


\*       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).